UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

United States of America
        Plaintiff

V.

Todd Westerman
        Defendant

CRIMINAL NO.

05-10003 NMG

## ORDER RETURNING FUNDS

It is hereby ORDERED and ADJUDGED that the Clerk of this Court forthwith make the bond disbursement of $250,000, plus all accrued interest, to Peggy Westerman at #7 Oak Alley Baton Rouge, Louisiana, 70806.

8/9/06
Date

/s/ N.M. Gorton
United States District Judge